# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INFINITE MASTER MAGNETIC, | Case No.: 2:18-cv-00782-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 1) |
| STATE OF NEVADA, | |
| Defendant. | |

This matter is before the court on Plaintiff Infinite Master Magnetic's Application to Proceed *In Forma Pauperis* (Docket No. 1), filed April 30, 2018. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Petition. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an Application to Proceed *In Forma Pauperis* on a form used in the State of Nevada, rather than the form used by this Court. Docket No. 1. Additionally, Plaintiff has written information in his application that is not responsive to the questions. *Id*. Further, Plaintiff indicates in two separate locations that his assets include over $125 billion. *Id*. at 2, 3. Finally, Plaintiff includes information that is clearly not true. *Id*. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Petition.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is **DENIED** without prejudice. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **June 4, 2018,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Petition.

3.     Plaintiff shall answer every question on the application truthfully.  Failure to do so

will result in a recommendation to the district judge for dismissal.

IT IS SO ORDERED.

DATED: May 3, 2018.


_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE