# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INFINTIE MASTER MAGNETIC,<br><br>  Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA,<br><br>  Defendant(s). | Case No.: 2:18-cv-00782-JAD-NJK<br><br>**Report and Recommendation** |

On May 3, 2018, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis*. Docket No. 3. The Court ordered Plaintiff to either pay the filing fee or to file a completed application to proceed *in forma pauperis*, no later than June 4, 2018. *See id.* The Court expressly warned Plaintiff that "[f]ailure to comply with [the] order will result in a recommendation to the district judge for dismissal." *Id.* Notwithstanding that explicit warning, Plaintiff has not complied. On May 15, 2018, Plaintiff filed a document requesting copies of his "case load," and requesting the Court to waive the filing fee or "charge [his] account [] at C.C.D.C." Docket No. 6 at 1-2. Plaintiff's filing at Docket No. 6 is not responsive to the Court's order.

//
//
//
//

1

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: June 12, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge