# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Infinite Master Magnetic, | Case No.: 2:18-cv-00782-JAD-NJK |
| Plaintiff | **Order Adopting Report and Recommendation and Dismissing Case** |
| v. | |
| State of Nevada, | [ECF No. 7] |
| Defendant | |

Pro se plaintiff Infinite Master Magnetic applied to proceed *in forma pauperis*.[1] He represented that he is employed as a "Federal AGENT, King, Minister, [and] Admiral by Sea," has more than $125 billion in assets, and that he lives at and owns the FBI.[2] Because that pauper application was nonsensical, the court was unable to determine whether Infinite Master Magnetic is eligible for pauper status and denied his application.[3]

The court then gave Infinite Master Magnetic until June 4, 2018, to pay the filing fee or file a complete and accurate pauper application.[4] The court expressly warned Infinite Master Magnetic that his case would be dismissed if he failed to meet that deadline.[5] That deadline came and went without Infinite Master Magnetic filing a new pauper application. So, Magistrate Judge Koppe recommends that I dismiss this case, citing Infinite Master Magnetic's failure to comply with the court's order.

Judge Koppe issued her recommendation on June 12, 2018, making June 26, 2018, the deadline to file objections. That deadline expired three weeks ago, and Infinite Master Magnetic has not filed an objection. "[N]o review is required of a magistrate judge's report and

---

[1] ECF No. 1.

[2] *Id.*

[3] ECF No. 3.

[4] *Id.*

[5] *Id.* at 1.

1

recommendation unless objections are filed."[6]  Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 7] is ACCEPTED and ADOPTED**.  This action is **DISMISSED**, and the **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

Dated: July 17, 2018

                                                                                 _____
                                                                                 U.S. District Judge Jennifer A. Dorsey

---

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).